# EXHIBIT B



**rta transit services**

287 Grove Street
Worcester, MA 01605
Phone: 508.756.8324
Fax: 508.752.3153

To: Edward Rossi

From: David M Trabucco

Date: April 19, 2011

Subject: Investigation of Stealing Time, Not protecting start time, job abandonment

On Friday April 15, 2011 we became aware that you were not arriving to work on time, going home for unauthorized breaks, and departing work early without approval from management. Failure to comply with supervisor responsibilities.

**Class 1 Infraction – Section 1**

**Dishonesty/Theft**

**Class 1 Infraction – Section 15**

**Unauthorized Operation of an RTA Vehicle**

**Class 2 Infraction – Section 6**

**Failure to remain on duty**

All infractions above are currently under investigation. This could lead to steps of progressive discipline, up to and including discharge from service.

Cc:  J. Carney, GM,
John Farley, AGM
David Trabucco Operation Manager
C. Bruce, B.A. Local 22
P Donahue – Shop Steward.
Donna Novelli
Personnel File

Sincerely,

_David M Trabucco_  4-19-11
David M Trabucco
Director of Operations