# EXHIBIT C



**287 Grove Street**
**Worcester, MA 01605**
**Phone: 508.756.8324**
**Fax: 508.752.3153**

May 5, 2011

**TO: Ed Rossi**
**FR: David M Trabucco**
**RE: Demotion**

Dear Mr. Rossi:

The Company has completed its investigation of allegations that you were not arriving to work on time, were going home for unauthorized breaks, were departing work early without approval from Management, and were failing to comply with your supervisory duties.

You hold the position of Inspector, a supervisory position.

During the investigation, you admitted that you arrive late to work "almost every day." The investigation corroborated your statement, and showed that you arrive 15 to 30 minutes late almost every day. You also admitted that you go home early, which was also corroborated by the investigation. In addition, you also stated that you go home for lunch every day. The investigation showed that you were at your residence for lengthy periods of times not just at lunch time, while using a Company vehicle, and all without first obtaining authorization from the Company.

With respect to your supervisory duties, you stated that you do not get out of your car to take the timings because it is cold outside. This is a self-serving statement and has nothing to do with you not adequately performing your job as an inspector. Inspectors are the first level of supervision in operation services, and are responsible for monitoring

operations and individual employee performance against defined standards. You cannot adequately perform the job of Inspector when you do not leave your vehicle and have no personal interaction with the drivers in the performance of their jobs.

As a supervisory employee you are expected to set a positive example for other employees and enforce Company rules. Instead, you violated several Company rules and set a horrible example for other employees. As an hourly employee, you were stealing time and money from the Company each time you came in late, went home early and frequented your residence for long periods of time. This conduct is unacceptable for any employee, never mind a supervisory employee. Your actions violated the following Company rules: Class I, Section 1, Dishonesty/Theft; Class I, Section 15, Unauthorized Use of an RTA Vehicle; and Class II, Section 6, Failure to Remain on Duty.

As you know, a single Class I violation could result in termination from employment with the RTA. In your case, I have considered your actions, which I find to be egregious, and your employment history with the Company. Given the length of your employment, I have decided to demote you rather than terminate you. It is clear that you do not deserve to be in a supervisory position at this time.

A copy of this letter will be placed in your personnel file.

Sincerely,

Dave Trabucco, Operations
Manager.

cc:     J. Carney, GM
        J. Farley, AGM
        D. Novelli
        C. Bruce, B.A. Local 22
        K. Kephart, President Local 22
        Personnel File