# EXHIBIT D

# Amalgamated Transit Union
## Local 22
59 William Street
Worcester Mass. 01609



RECEIVED MAY 18 2011 By [signature]

6+p ) #1125

## Union Grievance Report Form

Union Member's Name _Local 22 ATU_  Date Submitted _5/18/11_

Employing Company _RTA Transit Service, Inc_  Department _Operations (City)_
Shop Steward Reporting _P. Donahue_
Date and Time of Offense being reported _5/5/11_

I, We _Local 22 ATU_, being a member in good standing in Local 22 of Worcester Mass. wish to report the following grievance and circumstances and thereof.

    This grievance concerns the demotion of Edward Rossi outlined in a letter dated May 5, 2011. This discipline was administered with total disregard for the CBA page 10 Discipline. Also, Mr. Rossi was never given the opportunity to correct any issues that the Company had before they hired a Private Investigator when the Company started their egregious discipline, to understand and correct his actions when made aware of them.
    Our remedy is that Mr. Rossi be restored to his former position according to CBA page 11, paragraph E and made whole for monies that he would have earned had he remained in his position. Also that all discipline letters referring to this matter be removed from his personnel file.

CC: Personnel
D Trabucco
J Farley
C Bruce
K Kephart
P Donahue

_____
Union Member's Signature

Complete form and give to YOUR Union Representative