# EXHIBIT E

**rta**

**t r a n s i t**
**s e r v i c e s**

287 Grove Street
Worcester, MA 01605
Phone: 508.756.8324
Fax: 508.752.3153

5/18/11
Phil Donahue
287 Grove Street
Worcester, MA. 01605

Dear Mr. Donahue

Re: Step 1 Grievance – (#1125) – Grieving the fact that you believe Mr. Rossi
should be made whole and reinstated to his former position.

After reviewing your grievance in full, the company acted properly. Therefore
your grievance is denied.

Sincerely,

David M Trabucco
Director of Operations

Cc:    J. Carney, GM,
       D Trabucco, Ops Mgr
       Human Resources
       Donna Novelli
       Chris Bruce. B.A. ATU