# EXHIBIT F



287 Grove Street
Worcester, MA 01605
Phone: 508.756.8324
Fax: 508.752.3153

5/18/11
Phil Donahue
287 Grove Street
Worcester, MA. 01605

Dear Mr. Donahue

Re: Step 1 Grievance – (#1120) – Grieving the fact that you believe Mr. Rossi's demotion should be reversed.

After reviewing your grievance in full, your grievance is denied. Mr. Farley's statement was an answer to the unions (Ken Kephart) comment of "Ed Rossi does the complete job daily, and he has been going home early and going home for years, and nobody ever did anything". The Company does not look at this as a defense. The company utilizes reinforcing good behavior on a daily basis, cautions and suggestions are given out almost daily.

Based on this, your grievance has been denied. Please move to step 2.


Sincerely,


David M Trabucco
Director of Operations


Cc:   J. Carney, GM,
      D Trabucco, Ops Mgr
      Human Resources
      Donna Novelli
      Chris Bruce. B.A. ATU