UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Regional Transit Authority,**
    **Plaintiff,**

    **V.**

**Amalgamated Transit Union,**
    **Defendant,**

CIVIL ACTION

NO. 11-40222-FDS

## ORDER OF DISMISSAL

<u>Saylor,  D. J.</u>

    In accordance with the Court's Order dated 2/13/12, granting the defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                              By the Court,

    **2/14/12**                                  **/s/ Martin Castles**
      **Date**                                       **Deputy Clerk**